IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-CV-1424-FL

| | | |
|---|---|---|
| CHERYL FALU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRANK J. BISIGNANO, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Kimberly A. Swank, regarding plaintiff's motion to proceed in forma pauperis. (DE 2, 5). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is DENIED. Plaintiff is allowed 30 days to pay the requisite filing fee. In the event no filing fee is paid, the clerk of court is directed to close the case on the basis of this order.

SO ORDERED, this the 15th day of September, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge